DANIEL S. LIM (Cal. Bar No. 292406)
Email: Limda@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>MATTHEW J. WERTHE (dba HSR Wealth Management),<br><br>  Defendant. | Case No. 3:23-CV-00815-L-DDL<br><br>**JOINT STIPULATION TO VACATE AND CONTINUE PRETRIAL DATES**<br><br>Final Pretrial Conference:   December 9, 2024 |

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") and Defendant Matthew J. Werthe hereby stipulate as follows:

**WHEREAS**, the Court entered a Scheduling Order Regulating Discovery and other Pre-Trial Proceedings ("Scheduling Order"), ordering Rule 26(a)(3) pre-trial disclosure requirements to be completed by November 18, 2024, Local Rule 16.1(f)(4) requirements to be completed by November 25, 2024, the proposed final pretrial conference order be filed by December 9, 2024, and the final pretrial conference to take place on December 16, 2024 (Dkt. No. 16);

**WHEREAS**, the SEC filed its motion for summary judgment on all claims on August 9, 2024, Defendant Werthe filed an opposition on August 30, 2024, and the SEC filed its reply on September 6, 2024 (Dkt. Nos. 26-28);

**WHEREAS**, good cause exists to continue the final pretrial conference, and postpone all associated pretrial filing deadlines until after the Court decides the motion for summary judgment, *see, e.g. Schroeder v. City of Vista*, No. 3:22-CV-01898-JO-AHG, 2023 WL 8936343, at *1 (S.D. Cal. Dec. 26, 2023) (finding good cause to modify scheduling order, in accordance with Fed. R. Civ. P. 16(b)(4), to reset all remaining deadlines pending ruling on motion for summary judgment);

**NOW, THEREFORE**, the undersigned hereby stipulate and agree that, subject to approval by the Court, the final pretrial conference and all pending pretrial deadlines as stated in the Scheduling Order should be continued to, if necessary, 60 days after the Court decides the motion for summary judgment.

///
///
///

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Defendant Matthew J. Werthe, appearing *pro se*, and that I have obtained Mr. Werthe's authorization to file his scanned, wet-ink signature to this document.

Dated:   October 21, 2024

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Daniel S. Lim
Daniel S. Lim
Attorney for
Plaintiff Securities and Exchange Commission

MATTHEW J. WERTHE

Dated:   October 21, 2024

By: _____
Matthew J. Werthe
Defendant *pro se*

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On October 22, 2024, I caused to be served the document entitled **JOINT STIPULATION TO VACATE AND CONTINUE PRETRIAL DATES** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 22, 2024         */s/ Daniel S. Lim*
                              Daniel S. Lim

1

*SEC v. MATTHEW J. WERTHE (dba HSR Wealth Management)*
United States District Court—Southern District of California
Case No. 3:23-cv-00815-L-DDL

**SERVICE LIST**

Matthew Werthe
33432 Sea Bright Drive
Dana Point, CA 92629
(619) 559-9097
matt.werthe@gmail.com
*Pro Se Defendant*