

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

                     **Plaintiff,**

                     V.

Matthew J. Werthe doing business as HSR Wealth Management

                     **Defendant.**

Civil Action No.   23cv815-L(DDL)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The SEC's motion for summary adjudication of Defendant's liability under each cause of action alleged in the Complaint is granted.

Date:   3/12/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman

                     R. Chapman, Deputy