UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW J. WERTHE dba HSR WEALTH MANAGEMENT,<br><br>  Defendant. | Case No.: 23cv0815-L-DDL<br><br>**ORDER GRANTING JOINT MOTION**<br><br>**[ECF No. 34]** |

Pending before the Court in this securities fraud action is a Joint Stipulation Regarding Remedies Briefing Schedule (ECF No. 34, "Joint Motion"). On March 12, 2025, the Court granted the Securities and Exchange Commission's ("SEC") motion for summary adjudication of all liability issues in the case. (ECF No. 32.) The issue of remedies was not raised by the SEC and therefore remained unresolved. With the Joint Motion, the parties seek leave to brief the issue of remedies and propose a briefing schedule. The Court construes the Joint Motion as requesting leave for the SEC to file a motion for summary adjudication on the issue of remedies.

/ / / / /

For good cause shown, the Joint Motion is granted.  Accordingly, it is ORDERED as follows:

1.	The SEC may file a motion for summary adjudication of remedies.  Any such motion shall be filed no later than June 20, 2025.

2.	Defendant's opposition, if any, shall be filed no later than July 18, 2025.

3.	The SEC's reply, if any, shall be filed no later than July 28, 2025.

4.	Upon filing the foregoing and unless ordered otherwise, the motion shall be deemed submitted on the briefs.

**IT IS SO ORDERED.**

Dated:  April 16, 2025

_____
Hon. M. James Lorenz
United States District Judge