DANIEL S. LIM (Cal. Bar No. 292406)
Email: Limda@sec.gov
KELLY C. BOWERS (Cal. Bar No. 164007)
Email: Bowersk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Gary Y. Leung, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW J. WERTHE (dba HSR Wealth Management),<br><br>Defendant. | Case No. 3:23-CV-00815-L-DDL<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR MONETARY AND INJUNCTIVE RELIEF**<br><br>Date: August 4, 2025<br>Time: 10:30 a.m.<br>Ctrm: 5B<br>Judge: M. James Lorenz<br><br>**PURSUANT TO THE LOCAL RULES, THERE WILL BE NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO DEFENDANT MATTHEW J. WERTHE AND THE COURT**

**PLEASE TAKE NOTICE** that on August 4, 2025 at 10:30 a.m., or as soon thereafter as may be heard, in the United States District Court for the Southern District of California, Courtroom 5B, 221 West Broadway, San Diego, California 92101, Plaintiff Securities and Exchange Commission ("SEC") will, and hereby does, move for monetary and injunctive relief against Defendant Matthew J. Werthe ("Defendant").

Specifically, the SEC and seeks a final judgment:

(1) permanently enjoining Defendant from future violations of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, Section 17(a) of the Securities Act, and Sections 206(1) and 206(2) of the Advisers Act, by committing or engaging in specified actions or activities relevant to such violations;

(2) permanently enjoining Defendant from participating, directly or indirectly, in the purchase, offer, or sale of any security other than for his own personal account;

(3) requiring disgorgement of $507,996.42, and prejudgment interest thereon of $112,340.03; and

(4) imposing a civil penalty of $507,996.42.

This motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the supporting declarations and exhibits, the Court's records and files in this action, previous fillings, and such further evidence and arguments as may be presented at any hearing on this motion.

Dated: June 20, 2025

Respectfully submitted,

 */s/ Daniel S. Lim*
DANIEL S. LIM
Attorney for Plaintiff
Securities and Exchange Commission

1

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On June 20, 2025, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR MONETARY AND INJUNCTIVE RELIEF** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☒ **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☐ **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 20, 2025          /s/ Daniel S. Lim
                               Daniel S. Lim

2

*SEC v. MATTHEW J. WERTHE (dba HSR Wealth Management)*
United States District Court—Southern District of California
Case No. 3:23-cv-00815-L-DDL

### SERVICE LIST

Matthew Werthe
33432 Sea Bright Drive
Dana Point, CA 92629
(619) 559-9097
matt.werthe@gmail.com
*Pro Se Defendant*