

### Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee:** WERTHE, MATT JORDAN

**Company:** UNITED FIFTY HOLDINGS LLC (6314700)

668 N COAST HWY

LAGUNA BEACH, CA 92651

**Phone:** (949) 439 2629

**Employee ID:** 4742653

**Pay Date:** 07/03/2025

**PayPeriod:** 06/16/2025 To 06/29/2025

**Pay Frequency:** BiWeekly

**Check #:** 91560161

**Pay Type:** Hourly

**Department:** 0

**Location:** 0

**Gross Earnings:** 1,384.80  **Total Taxes:** 147.99  **Total Deductions:** 0.00  **Net Pay:** 1,236.81

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Rate 1 - Reg | 06/16/2025 | 06/29/2025 | 60.00 | 23.08 | 1,384.80 | 5,077.60 |
| **Gross** | | | 60.00 | | 1,384.80 | 5,077.60 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| Pre-Tax | | |
| Total | 0.00 | 0.00 |
| After Tax | | |
| Total | 0.00 | 0.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| CA SIT | 25.43 | 84.12 |
| CA SDI | 16.62 | 60.94 |
| SocSec | 85.86 | 314.82 |
| Medicare | 20.08 | 73.62 |
| **Total** | **147.99** | **533.50** |

### Direct Deposit Information

| Routing Number | Account Number | Amount |
|---|---|---|
| #######2001 | #######5706 | 1,236.81 |

### Federal Tax Withholding Elections

Filing Status: Single or Married filing separately

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Two Jobs: No
Claim Dependents: $ 6,000.00

Deductions: $ 0.00
Extra Withholding: $ 0.00
Exempt: No

**Insperity YTD Taxable Amount**

| Description | Amount |
|---|---|
| Federal | 5,077.60 |
| Social Security | 5,077.60 |
| Medicare | 5,077.60 |

Insperity PEO Services, L.P.     19001 Crescent Springs Drive, Kingwood, TX 77339-3802     866-715-3552

# SCHOOLSFIRST
**FEDERAL CREDIT UNION**
PO Box 11547 • Santa Ana, CA • 92711-1547
(800) 462-8328 • schoolsfirstfcu.org

Member Number **160775**
Statement For **06/01/25 – 06/30/25**
Page **1 of 3**

MATTHEW J WERTHE
33432 SEA BRIGHT DR
DANA POINT CA 92629-1133

## Primary Regular Share Account ID 01

| Posting | Effective | Transaction | Balance | Transaction Description |
|---|---|---|---|---|
| 06/01 | | | $5.00 | Balance Forward |
| | | | | Joint Owners: RONALD E WERTHE, DANIELLE MARIE WERTHE |
| 06/30 | | | 5.00 | Ending Balance |
| | | | | Dividends Paid Year to Date $0.00 |

## Free Checking ID 70

| Posting | Effective | Transaction | Balance | Transaction Description |
|---|---|---|---|---|
| 06/01 | | | $95.98 | Balance Forward |
| | | | | Joint Owner: RONALD E WERTHE |
| 06/01 | | 13.99- | 81.99 | Recurring Withdrawal Debit Card 06/01 Apple.com/bill 866-712-7753 Ca One Apole P |
| 06/02 | | 64.70- | 17.29 | Withdrawal Debit Card 06/01 In-n-out Newhall Newhall Ca 25220 Noroh Th |
| 06/03 | | 16.99- | 0.30 | Recurring Withdrawal Debit Card 06/02 Apple.com/bill 866-712-7753 Ca One Apole P |
| 06/03 | | 1,500.00 | 1,500.30 | Deposit Online Banking From Werthe, Ronald 0000xxxx45 Share 70 |
| 06/03 | | 1,000.00 | 2,500.30 | Deposit Online Banking From Werthe, Ronald 0000xxxx45 Share 01 |
| 06/03 | | 1,500.00- | 1,000.30 | Withdrawal P2P Zelle Danielle Werthe 800-462-8328 515400K05JXH |
| 06/03 | | 14.44- | 985.86 | Withdrawal POS #290257 Costco Whse #04 San Juan Cap Ca San Jo |
| 06/03 | | 68.00- | 917.86 | Withdrawal Debit Card 06/03 Hammer And Nails Laguna Niguel Ca 324o1 Go |
| 06/04 | | 23.36- | 894.50 | Withdrawal Debit Card 06/03 Raising Canes 0670 Mission Viejo Ca 2o980 |
| 06/04 | | 96.00- | 798.50 | Withdrawal Debit Card 06/04 Hammer And Nails Laguna Niguel Ca 324o1 Go |
| 06/04 | | 7.00- | 791.50 | Withdrawal Debit Card 06/04 Hammer And Nails Laguna Niguel Ca 324o1 Go |
| 06/04 | | 23.94 | 815.44 | Deposit Debit Card Credit Voucher Urth Caffe 007 - Lagun Laguna Beach Co 308 Date 06/03/25 000027570447413082 5812 |
| 06/04 | | 58.69- | 756.75 | Withdrawal Debit Card 06/03 Urth Caffe 007 - Lagun Laguna Beach Co 308 |
| 06/05 | | 830.42 | 1,587.17 | Deposit ACH ASF, DBA Insperi Type: Payroll Id: 3760487432 |
| 06/05 | | 166.38- | 1,420.79 | Withdrawal ACH VERIZON WIRELESS Type: Payments Id: 4223344794 |
| 06/05 | | 66.87- | 1,353.92 | Withdrawal POS #616025 Albertsons #255 Dana Point Ca Dana Poo |
| 06/05 | | 500.00- | 853.92 | Withdrawal P2P Zelle Danielle Werthe 800-462-8328 515600A0HEDQ |
| 06/05 | | 248.42- | 605.50 | Withdrawal Online Banking Transfer To Loan 03 |
| 06/05 | | 25.00- | 580.50 | Withdrawal Online Banking Transfer To Loan 86 |
| 06/05 | | 16.85- | 563.65 | Withdrawal POS #615935 Albertsons #255 Dana Point Ca Dana Poo |
| 06/05 | | 21.55- | 542.10 | Withdrawal Debit Card 06/05 Tst* Lupe's Dana Point Dana Point Ca O3621 |
| 06/05 | | 41.25- | 500.85 | Withdrawal Debit Card 06/04 Gelato Paradiso - Lagu Laguna Beach Co 448 |
| 06/06 | | 248.00- | 252.85 | Withdrawal ACH ST OF CA DMV Type: Internet Id: 1680311348 |
| 06/06 | | 26.27- | 226.58 | Withdrawal Debit Card 06/05 Flippin Pizza Dana Point Ca 33621 Deloobis |
| 06/06 | | 26.72- | 199.86 | Withdrawal POS #014121 Trader Joe S #223 San Diego Ca Tradero |
| 06/07 | | 83.27- | 116.59 | Withdrawal Debit Card 06/06 Coastal Kitchen Dana Point Ca 34091 Pocifi |
| 06/07 | | 22.32- | 94.27 | Withdrawal Debit Card 06/07 Py *maison Cafe Dana Point Ca 24501 Dol Pr |
| 06/07 | | 11.05- | 83.22 | Withdrawal Debit Card 06/06 Tst*docent Brewing San San Clemente Co 123 |
| 06/07 | | 20.87- | 62.35 | Withdrawal Debit Card 06/06 Tst*el Pueblo Carmel V San Diego Ca 5o65 V |
| 06/07 | | 31.55- | 30.80 | Withdrawal Debit Card 06/06 Starbucks Store 61779 Dana Point Ca 3o297 |
| 06/08 | | 5.38- | 25.42 | Withdrawal POS #293500 Costco Whse #04 San Juan Cap Ca San Jo |
| 06/09 | | 22.44 | 47.86 | Deposit Transfer From Loan 86 |
| 06/09 | | 124.00- | 76.14- | Withdrawal ACH Elms and Ivy Type: Hoa Dues Id: 1371793971 |
| 06/09 | | 22.00- | 98.14- | Withdrawal ACH OverdraftFee |
| 06/18 | | 1,635.37 | 1,537.23 | Deposit ACH ASF, DBA Insperi Type: Payroll Id: 3760487432 |
| 06/19 | | 250.00- | 1,287.23 | Withdrawal P2P Zelle Danielle Werthe 800-462-8328 517000A06SK2 |
| 06/20 | | 0.99- | 1,286.24 | Recurring Withdrawal Debit Card 06/19 Apple.com/bill 866-712-7753 Ca One Apole P |
| 06/20 | | 16.99- | 1,269.25 | Withdrawal Debit Card 06/19 Apple.com/bill Cupertino Ca One Appleopark |
| 06/20 | | 53.64- | 1,215.61 | Withdrawal Debit Card 06/19 Sq *saigon Beach - Vie Laguna Beach Co 175 |
| 06/20 | | 9.99- | 1,205.62 | Recurring Withdrawal Debit Card 06/20 Apple.com/bill 866-712-7753 Ca One Apole P |
| 06/20 | | 9.00- | 1,196.62 | Withdrawal Debit Card 06/20 Dk*draftkingsaxqr 8776596066 Ma 125 Sommer |
| 06/20 | | 22.84- | 1,173.78 | Withdrawal POS #611340 Albertsons #255 Dana Point Ca Dana Poo |
| 06/20 | | 32.99- | 1,140.79 | Withdrawal Debit Card 06/19 Tst*la Sirena Grill - Laguna Beach Cao3086 |
| 06/21 | | 64.40- | 1,076.39 | Withdrawal Debit Card 06/20 Tst*sapphire Laguna Be Laguna Beach Co 120 |
| 06/22 | | 16.15- | 1,060.24 | Withdrawal Debit Card 06/22 Ginas Pizza - Laguna B Laguna Beach Co 110 |

Continued on next page.

12

# SCHOOLSFIRST
FEDERAL CREDIT UNION
PO Box 11547 • Santa Ana, CA • 92711-1547
(800) 462-8328 • schoolsfirstfcu.org

Member Number **160775**
Statement For **06/01/25 - 06/30/25**
Page **2 of 3**

## Free Checking ID 70

Continued from previous page

| Posting | Effective | Transaction | Balance | Transaction Description |
|---|---|---|---|---|
| 06/22 | | 20.69- | 1,039.55 | Withdrawal POS #032309 Cvs/pharm 09591--30842 Laguna Beach Co |
| 06/22 | | 12.32- | 1,027.23 | Withdrawal Debit Card 06/21 Tst*sapphire Laguna Be Laguna Beach Co 120 |
| 06/22 | | 13.99- | 1,013.24 | Recurring Withdrawal Debit Card 06/22 Apple.com/bill 866-712-7753 Ca One Apole P |
| 06/23 | | 134.00- | 879.24 | Withdrawal ACH CORNING CR UNION Type: Transfer Id: 1222380359 |
| 06/23 | | 16.15- | 863.09 | Withdrawal Debit Card 06/22 Ginas Pizza - Laguna B Laguna Beach Co 110 |
| 06/23 | | 152.92- | 710.17 | Withdrawal Debit Card 06/21 Bandera 949.673.3524 Corona Del Ma Cao3201 |
| 06/23 | | 12.32- | 697.85 | Withdrawal Debit Card 06/22 Tst*sapphire Laguna Be Laguna Beach Co 120 |
| 06/23 | | 17.93- | 679.92 | Withdrawal Debit Card 06/22 Tst*la Sirena Grill - Laguna Beach Cao3086 |
| 06/24 | | 10.00- | 669.92 | Withdrawal Debit Card 06/24 Hammer And Nails Laguna Niguel Ca 324o1 Go |
| 06/24 | | 15.00- | 654.92 | Withdrawal Debit Card 06/23 Dk*draftkings6u52 8776596066 Ma 125 Sommer |
| 06/24 | | 45.95- | 608.97 | Withdrawal Debit Card 06/23 Tst*asian Kitchen Laguna Niguel Ca 30o71 G |
| 06/24 | | 400.00- | 208.97 | Withdrawal at ATM #004722 SchoolsFirst Dana Point Ca 33601 Del Y |
| 06/24 | | 3.22- | 205.75 | Withdrawal POS #299821 Costco Whse #04 San Juan Cap Ca San Jo |
| 06/24 | | 5.38- | 200.37 | Withdrawal POS #295651 Costco Whse #04 San Juan Cap Ca San Jo |
| 06/24 | | 19.57- | 180.80 | Withdrawal Debit Card 06/23 Tst*sapphire Laguna Be Laguna Beach Co 120 |
| 06/24 | | 12.85- | 167.95 | Withdrawal Debit Card 06/23 Tst*sapphire Laguna Be Laguna Beach Co 120 |
| 06/25 | | 154.57- | 13.38 | Withdrawal ACH GEICO Type: Geico Pymt Id: 2530075853 |
| 06/27 | | 335.00- | 321.62- | Withdrawal ACH IRS |
| 06/27 | | 22.00- | 343.62- | Withdrawal ACH OverdraftFee |
| 06/27 | | 2.48- | 346.10- | Withdrawal Debit Card 06/26 Spigot Liquor Laguna Beach Ca 1802 S Ooast |
| 06/28 | | 500.00 | 153.90 | Deposit Online Banking From Werthe, Ronald 0000xxxx45 Share 70 |
| 06/28 | | 250.00 | 403.90 | Deposit Online Banking From Werthe, Ronald 0000xxxx45 Share 01 |
| 06/28 | | 36.47- | 367.43 | Withdrawal Debit Card 06/28 Sq *laguna Beach*order Laguna Beach Co 211 |
| 06/29 | | 18.08- | 349.35 | Withdrawal POS #298327 Costco Whse #04 San Juan Cap Ca San Jo |
| 06/29 | | 11.50- | 337.85 | Withdrawal Debit Card 06/29 Sq *dippity Donuts Dana Point Ca 3362o Del |
| 06/29 | | 21.55- | 316.30 | Withdrawal Debit Card 06/29 Sq *tech N Fix Mission Viejo Ca 27741ocrow |
| 06/30 | | 6.76- | 309.54 | Withdrawal POS #451742 7-eleven Laguna Hills Ca 27001 Moultoo |
| 06/30 | | 43.83- | 265.71 | Withdrawal POS #011424 Five Belo 27612 Antoni Ladera Ranch Co |
| 06/30 | | 24.25- | 241.46 | Withdrawal POS #294712 Costco Whse #04 San Juan Cap Ca San Jo |
| 06/30 | | 32.76- | 208.70 | Withdrawal Debit Card 06/29 In-n-out San Juan Capo San Juan Capi Oa 31 |
| | | | | Combined Minimum Balance was $341.10 on 06/27/25 |
| 06/30 | | | 208.70 | **Ending Balance** |

Dividends Paid Year to Date $0.00

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total NSF Fees | 0.00 | 0.00 |
| Total Overdraft Fees | 44.00 | 242.00 |

## 2018 BMW I3 Loan ID 03
ANNUAL PERCENTAGE RATE 5.640%
A Payment of $248.42 is due on 07/12/25

Periodic Rate (Daily) .015452%

| Posting | Effective | Transaction Amount | Interest Charged | Fee or Charge | Principal | Balance | Transaction Description |
|---|---|---|---|---|---|---|---|
| 06/01 | | | | | | $11,838.37 | **Previous Balance** |
| 06/05 | | 248.42- | 49.39 | | 199.03- | 11,639.34 | Payments Online Banking Transfer From Share 70 |
| 06/30 | | | | | | 11,639.34 | **Ending Balance** |

Interest Charged Year to Date $381.08

## Overdraft Protection Loan ID 86
ANNUAL PERCENTAGE RATE 10.500%
A Payment of $25.00 is due on 07/18/25

Credit Limit $500.00 Credit Available $0.00

| Posting | Effective | Transaction Amount | Interest Charged | Fee or Charge | Principal | Balance | Transaction Description |
|---|---|---|---|---|---|---|---|
| 06/01 | | | | | | $500.00 | **Previous Balance** |
| 06/05 | | 25.00- | 2.56 | | 22.44- | 477.56 | Payments Online Banking Transfer From Share 70 |
| 06/09 | | 22.44 | | | 22.44 | 500.00 | Loan Advance Transfer To Share 70 |
| 06/30 | | | | | | 500.00 | **Ending Balance** |

Balance Subject to Interest Rate: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments or credits. This gives us the daily balance.

| 2025 Loan Totals Year-to-Date | |
|---|---|
| Fees Charged YTD | $0.00 |
| Interest Charged YTD | $23.99 |

Continued on next page.

# SCHOOLSFIRST
### FEDERAL CREDIT UNION
PO Box 11547 • Santa Ana, CA • 92711-1547
(800) 462-8328 • schoolsfirstfcu.org

Member Number **160775**
Statement For **06/01/25 - 06/30/25**
Page **3 of 3**

## Fees Summary

| | |
|---|---|
| 0.00 | Total Fees For This Period |

## Interest Charged Summary

| | |
|---|---|
| 2.56 | Loan 86 Interest Charge |
| 2.56 | Total Interest For This Period |

Balance Subject to Interest Rate: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments or credits. This gives us the daily balance.

| 2025 Loan Totals Year-to-Date | |
|---|---|
| Fees Charged YTD | $0.00 |
| Interest Charged YTD | $23.99 |

## Year to Date Information

| | |
|---|---|
| Total Dividends Paid Year to Date | 0.00 |
| Total Interest Paid Year to Date | 405.07 |

We appreciate your Membership